UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| IN RE: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION | Master File No. 5:18-md-2809-KKC |
| THIS DOCUMENT RELATES TO:<br><br>**CODY RYAN**<br><br>VS.<br><br>**BRISTOL-MYERS SQUIBB COMPANY, ASTRAZENECA PHARMACEUTICALS, LP, AND MCKESSON CORPORATION** | HON. KAREN K. CALDWELL<br><br>**SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>Case No.: |

## SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Master Complaint and Jury Demand filed in the above-referenced case on November 19, 2018. (Dkt. 185.) This Short Form Complaint adopts all of the Master Complaint and Jury Demand's allegations and claims against all Defendants as if copied here *in extenso*.

Upon information and belief, Plaintiff(s) further allege(s) as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, Cody Ryan, is a resident and citizen of Olean, New York and claims damages as set forth below.

2. Plaintiff brings this action:

  ☒ On behalf of himself;

3. State in which Plaintiff(s) allege(s) injury:   New York.

4. Defendants:

  ☒ Bristol-Myers Squibb Company

  ☒ AstraZeneca Pharmaceuticals, LP

  ☒ McKesson Corporation

5. Jurisdiction is proper based upon diversity of citizenship.

6. The District Court in which remand for trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is the United States District Court for the Western District of New York.

## FACTUAL ALLEGATIONS

7. On or about 12/2012, Keith Gembusia, DO, prescribed Kombiglyze XR to treat Plaintiff for type 2 diabetes.

8. On or about 7/2014, Karisa M. Young. N.P., prescribed Onglyza to treat Plaintiff for type 2 diabetes.

9. During the time of usage of Onglyza and Kombiglyze XR Plaintiff was a resident and citizen Olean, New York.

10. Neither Plaintiff, Karisa M. Young. N.P. nor Keith Gembusia, DO, knew or had reason to know that Onglyza and Kombiglyze XR could cause heart failure or congestive heart failure.

11. As a result of taking Onglyza and Kombiglyze XR, on or after 12/2012, Plaintiff sustained severe and permanent injuries including, but not limited to, heart

failure and/or congestive heart failure, as diagnosed by Ashish Bhatia, MD at Gates Vascular Institute.

## ALLEGATIONS AS TO INJURIES

12. Plaintiff claims damages as a result of [*Check all that are applicable*]:

   ☒ Injury to self
   ☐ Injury to the person represented
   ☐ Wrongful death
   ☐ Survivorship action
   ☐ Economic loss
   ☐ Loss of consortium

13. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

14. The following claims and allegations are asserted by Plaintiff(s) in the Master Complaint (Dkt. 185) and are herein adopted by reference [*check all that are applicable*]:

   ☒ Count I – Strict Liability/Design Defect
   ☒ Count II – Negligence
   ☒ Count III – Strict Liability/Failure to Warn
   ☒ Count IV – Breach of Warranty of Merchantability
   ☒ Count V – Breach of Express Warranty
   ☒ Count VI – Breach of Implied Warranty
   ☒ Count VII – Violation of Consumer Protection Laws and/or Deceptive Trade Practices under the Law of the State of  New York                              .
   ☐ Count VIII – Loss of Consortium

☐ Count IX – Survival Action

☐ Count X – Wrongful Death

☒ Count XI – Punitive Damages

☐ Count XII – Other _____

☐ Count XIII – Other _____

If Count XII or Count XIII is alleged, additional facts supporting the claim(s):

_____

_____

_____

**PRAYER FOR RELIEF**

Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Complaint and Jury Demand. (Dkt. 185.) Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: 8/27/2019

Respectfully submitted,

By:  /s/ *Daniel C. Burke*
Daniel C. Burke, Esq.
**BERNSTEIN LIEBHARD LLP**
10 East 40th Street
New York, New York 10016
Tel:  (212) 779-1414
Fax:  (212) 779-3218
dburke@bernlieb.com

*Attorneys for Plaintiff*